# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jean Lavelle,<br><br>          Plaintiff<br>v.<br><br>Collectcorp Corporation,<br><br>          Defendant | FILED ELECTRONICALLY |

## **COMPLAINT**

### I. Introduction

1.  This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction and Venue

2.  Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3.  Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4. Plaintiff, Jean Lavelle, is a natural person residing at 244 Everhart St., Dupont, PA 18641.

5. Defendant, Collectcorp Corporation, ("the Collector") is a corporation engaged in the business of collecting debts in this state with a place of business located at 455 North 3rd Street, Suite 260, Phoenix, AZ 85004-3924.

6. The Collector is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

### IV. Statement of Claim

7. On or before March 6, 2009, the Collector began attempting to collect an alleged account ("the Account") from Plaintiff.

8. The Account is a "debt" as that term is defined by the Act, 15 U.S.C. § 1692a(5).

9. The collector regularly uses the telephone and mails to attempt to collect consumer debts alleged to be due another.

10. Between March 6, 2009 and June 4, 2009, the Collector caused at least six (6) telephone calls ("*the Calls*") to be placed to phone number (570) 262-6693.

11. The aforementioned phone number was assigned to the address identified in paragraph 4 at all times relevant to this matter.

12. During each of *the Calls*, an employee of the Collector left a message ("*the Messages*") for Plaintiff.

13. 15 U.S.C. § 1692e(11) requires a debt collector to disclose that the communication is from a debt collector in each communication with a consumer.

14. 15 U.S.C. § 1692d(6) requires a debt collector to provide a meaningful disclosure of identity in each communication with a consumer.

15. In three (3) of *the Messages,* the caller failed to disclose that the call was from a debt collector.

16. In those three (3) of *the Messages,* the caller failed to provide the disclosure required by 15 U.S.C. § 1692e(11).

17. In those three (3) of *the Messages,* the caller failed to state the name of the Collector.

18. In those three (3) of *the Messages,* the caller failed to state the purpose of the call.

19. In those three (3) of *the Messages,* the caller failed to provide the meaningful disclosure of identity required by 15 U.S.C. § 1692d(6).

20. In the remaining three (3) of the Messages, the caller did disclose that the call was from a debt collector, did state the name of the Collector and the purpose of the call.

21. *The Calls* and *Messages* were attempts to collect the Account.

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

## V. Demand for Jury Trial

22. Plaintiff demands a trial by jury as to all issues so triable.

Respectfully Submitted,

s/ Kenneth W. Pennington
Kenneth W. Pennington
Bar Number PA68353
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kpecf@bankruptcypa.com