IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jean Lavelle,<br>    Plaintiff | Docket 3:10-cv-95-WJN |
| v. | (JUDGE WILLIAM J. NEALON) |
| Collectcorp Corporation,<br>    Defendant | FILED ELECTRONICALLY |

### ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: 2-5-10

William J. Nealon
United States District Judge

FILED
SCRANTON

FEB 05 2010